UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH COSTELLO,

Defendant.

**SEALED INFORMATION**

24 Cr.

24 CRIM 651

### COUNT ONE
### (Firearms Trafficking Conspiracy)

The United States Attorney charges:

1.    From at least in or about February 2024 through at least in or about August 2024, in the Southern District of New York and elsewhere, JOSEPH COSTELLO, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 933(a)(1).

2.    It was a part and an object of the conspiracy that JOSEPH COSTELLO, the defendant, and others known and unknown, would and did ship, transport, transfer, and cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

(Title 18, United States Code, Section 933(a)(3).)

## COUNT TWO
### (Conspiracy To Possess Firearms After a Felony Conviction)

The United States Attorney further charges:

3.      From at least in or about November 2023, up to and including August 2024, in the Southern District of New York and elsewhere, JOSEPH COSTELLO, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, the knowing possession of a firearm that was in and affecting commerce by a person known to have previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### Overt Act

4.      In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.      In or around June 2024, JOSEPH COSTELLO, the defendant, knowingly possessed a Canick pistol that had been shipped and transported in interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by more than one year in prison.

(Title 18, United States Code, Section 371.)

## COUNT THREE
### (Conspiracy To Distribute Controlled Substances)

The United States Attorney further charges:

5.      From at least in or about November 2023, up to and including August 2024, in the Eastern District of North Carolina and elsewhere, JOSEPH COSTELLO, the defendant, and others

known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

6.    It was a part and an object of the conspiracy that JOSEPH COSTELLO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

7.    The controlled substance involved in the offense was less than 50 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATIONS

8.    As a result of committing the offense alleged in Count One of this Information, JOSEPH COSTELLO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

9.    As a result of committing the offense alleged in Count Two of this Information, JOSEPH COSTELLO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense.

10.    As a result of committing the offense alleged in Count Three of this Information, JOSEPH COSTELLO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense,

3

including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

11.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924 and 934;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
DAMIAN WILLIAMS
United States Attorney

4